SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
MARVIN SPANN, MD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY ADAIR GARRETT,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN SPANN, MD; DOES I through X, inclusive and ROE Business Entities I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01462-KJD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENANT TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Kelly Adair Garrett ("Plaintiff"), representing herself in *pro per*, and Defendant Marvin Spann, MD ("Defendant"), by and through his counsel of record, do hereby stipulate and agree to an extension of thirty (30) days to the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint. Defendant's first responsive pleading is currently due on August 15, 2018 and the parties agree to an extension up to and including Thursday, September 14, 2018.

///
///
///
///
///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Firmwide:156304796.1 093876.1002

This Stipulation is made in good faith and not for purposes of delay. The parties are currently engaged in earnest negotiations to resolve the matter and avoid motion practice, which is the basis for the extension requested by Defendant to file his responsive pleading.

Dated: August __, 2018

By: _____
KELLY ADAIR GARRETT
Plaintiff

Dated: August 14, 2018

By: _____
SANDRA KETNER, ESQ.

Attorneys for Defendant
MARVIN SPANN, MD

**ORDER**

IT IS SO ORDERED.

Dated this 15th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Firmwide:156304796.1 093876.1002