SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
MARVIN SPANN, MD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY ADAIR GARRETT,<br><br>    Plaintiff,<br><br>vs.<br><br>MARVIN SPANN, MD; DOES I through X, inclusive and ROE Business Entities I through X, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-01462-KJD-GWF<br><br>**NOTICE OF CASE RESOLUTION AND STIPULATION TO VACATE EARLY NEUTRAL EVALUATION SESSION** |

Defendant MARVIN SPANN, MD and Plaintiff KELLY ADAIR GARRETT hereby notify this Court that the parties have agreed to a resolution of this matter and are currently in the process of finalizing settlement documents. The parties anticipate being able to complete case resolution and file the Stipulation for Dismissal with Prejudice within ninety (90) days.

///
///
///
///
///
///
///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Firmwide:156515013.1 093876.1002

In light of such, the parties respectfully request that the Early Neutral Evaluation set for September 14, 2018 be vacated and that the parties be excused from submitting evaluation statements.

Dated: September __, 2018

By: _____
KELLY ADAIR GARRETT
Plaintiff

Dated: September 6, 2018

By: _____
SANDRA KETNER, ESQ.

Attorneys for Defendant
MARVIN SPANN, MD

IT IS ORDERED that the early neutral evaluation conference set for Friday, September 14, 2018, is VACATED.
DATED: September 10, 2018

_____
UNITED STATES MAGISTRATE JUDGE

TTLER MENDELSON, P.C.
Attorneys At Law
3800 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Firmwide:156515013.1 093876.1002

2.