SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: sketner@littler.com

Attorneys for Defendant
MARVIN SPANN, MD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY ADAIR GARRETT, <br><br> Plaintiff, <br><br> vs. <br><br> MARVIN SPANN, MD; DOES I through X, inclusive and ROE Business Entities I through X, inclusive, <br><br> Defendants. | Case No. 2:18-cv-01462-KJD-GWF <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Kelly Adair Garrett ("Plaintiff"), representing herself in *pro per*, and Defendant Marvin Spann, MD ("Defendant"), by and through his counsel of record, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///
///
///
///
///
///
///

LITTLER MENDELSON, P.C
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

Dated: November 21, 2018

By: _____
KELLY ADAIR GARRETT
Plaintiff

Dated: November 21, 2018

By: _____
SANDRA KETNER, ESQ.

Attorneys for Defendant
MARVIN SPANN, MD

## ORDER

IT IS SO ORDERED.

Dated this 26th day of Nov, 2018.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Firmwide:156307622.1 093876.1002